379 A.2d 582

Commonwealth v. Creech, Appellant.

Submitted December 6, 1976. Larry David Yogel, for appellant; Sally Hagenbuch

592

DeMartini, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.